Robert P. SMITH, III, Plaintiff–Appellant,

v.

State of CALIFORNIA, Defendant,

and

California Department of Corrections and Rehabilitation and A. Hedgpeth, Defendants–Appellees.

No. 12–17019.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 17, 2014.*

Filed Nov. 20, 2014.

Matthew T. Cormack, Davis Polk & Wardwell LLP, Corcoran, CA, for Plaintiff–Appellant.

Robert P. Smith, III, New York, NY, pro se.

Susan Eileen Coleman, Esquire, Senior Litigation, Mitchell Aaron Wrosch, Ulysses Lorenzo Aguayo, Burke, Williams & Sorensen, LLP, Los Angeles, CA, for Defendants–Appellees.

Before: REINHARDT, THOMAS, and CHRISTEN, Circuit Judges.

MEMORANDUM **

In light of the Defendants' concession that they were not "prevailing part[ies]"

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

within the meaning of Federal Rule of Civil Procedure 54(d)(1) and that the award of costs should be reversed, we reverse the award of costs.

**REVERSED.**

* This disposition is not appropriate for publication and is not precedent except as provided

